# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

David J. Wozniak,

                                                Civil No. 12-973 (RHK/LIB)

        Plaintiff,                      **ORDER**

vs.

Messerli & Kramer, P.A.,

        Defendant.

_____

      The Court having been advised that the above action has been settled and the parties needing additional time to finalize a settlement agreement,

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated:    August 3, 2012

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge